## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| United States of America | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:26–cv–00909–JMC |
| | * | |
| Emmanuel Oluwatosin Kazeem | * | |
| Defendant(s) | * | |

## SHOW CAUSE ORDER

Pursuant to Standing Order 2018–04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. United States of America has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

ORDERED that United States of America is to appear before the designated Chambers Judge on 4/24/2026 at 2:00 p.m. to show cause, if any, why United States of America did not file a consent or declination. United States of America should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

ORDERED that this Order shall be vacated if United States of America files a consent or declination prior to the show cause hearing date.

Date: March 19, 2026                    _____/s/_____
                                        J. Mark Coulson
                                        United States Magistrate Judge